

# In the Missouri Court of Appeals
## Eastern District

DECEMBER 2, 2014

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.      ED100736    CARL A. HOUSER, JR., APP V STATE OF MISSOURI, RES

2.      ED101272 KEITH WILKINSON ETAL, APP V BARTON MUTUAL INS, RES